**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6491**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMEL CHAWLONE BROWN,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:08-cr-00259-1)

─────────────

Submitted:  December 28, 2022                              Decided:  January 10, 2023

─────────────

Before WILKINSON and NIEMEYER, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jamel Chawlone Brown, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamel Chawlone Brown appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No. 3:08-cr-00259-1 (S.D.W. Va. Apr. 13, 2022); *see also First Virginia Banks, Inc. v. BP Exploration & Oil, Inc.,* 206 F.3d 404, 407 n.1 (4th Cir. 2000) (declining to consider issues raised for first time on appeal). We deny Brown's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*